The People of the State of New York v. Jerome O. Glucksman.—

718

Concur — Markewich, J. P., Nunez, McNally and Steuer, JJ.